UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-60138-CR-SINGHAL/DAMIAN

UNITED STATES OF AMERICA

      Plaintiff,

vs.

JORDAN DENZEL LEWIS,
TYRELL BRION BOUIE,
ANTHONY CHRISTOPHER DIGGS JR, and
JOHNTAEVIOUS HENRY JOHNSON,

      Defendants.

_____/

**GOVERNMENT'S FIRST RESPONSE TO
THE STANDING DISCOVERY ORDER AND NOTICE OF GOVERNMENT'S
FIRST DISCOVERY PRODUCTION**

The United States ("Government") hereby files this response to the Standing Discovery Order and Notice of Government's First Discovery Production.  This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

**GOVERNMENT'S DISCOVERY DISCLOSURE PURSUANT TO F.R.C.P. 16
AND LOCAL RULE 88.10**

**FRCP 16
(a)(1)**

**(A) Defendant's Oral Statement.**  A portion of the written record containing the substance of any oral statements made by the defendants before or after arrest in response to interrogation by any person then known to the defendants to be a government agent were provided to the defendants in the government's first discovery production.

**(B) Defendant's Written or Recorded Statement.**  The government is unaware of a written or recorded statement made by the defendants.

1

The defendants did not testify before the Grand Jury.

**(D) Defendant's Prior Record.**  The defendants' prior criminal record, if any exists, was provided to the defendants in the government's first discovery production.

**(E) Documents and Objects.**  Books, papers, documents, data, photographs, tangible objects, buildings, or places, within the government's possession, custody, or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendants, may be inspected at a mutually convenient time and method.  The government is available for a pretrial discovery conference as required by the Rule 16.1 of the Federal Rules of Criminal Procedure and Local Rule 88.10(o**). If defense counsel wants to discuss, review, and/or inspect the discovery, please call the undersigned to set up a date and time that is convenient to both parties.**

**The government encourages defense counsel to schedule a pretrial discovery conference with the government after defense counsel reviews the first discovery production and after receiving their respective hard drives with additional government discovery, which is described in more detail below.**

The discovery thus far produced in this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

**(F) Reports of Examinations and Tests.**  The government is aware of latent fingerprint comparisons and firearm examinations.  Specifically, latent fingerprint examinations were completed in relation to a firearm recovered by law enforcement on September 29, 2022.  Additionally, examination of various photographs of various firearms for the purpose of identifying those firearms were also completed. Reports of these examinations are being provided to the defendants.  Thus far, the government is unaware of any mental examinations, scientific tests, or experiments in this case.

**(G) Expert Witnesses.** The government intends to call expert witnesses in this case. The government will separately file expert witness disclosures in compliance with F.R.C.P. 16(a)(1)(G).

## L.R. 88.10

**(c)** *Brady.* The government has disclosed and will continue to disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

(**d)** *Giglio.* The government will disclose, if applicable, any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

**(e) Prior Convictions of any informant who will testify for the government.** The government will disclose, if applicable, any prior convictions of any alleged co-conspirator, accomplice, or informant who will testify for the government at trial.

**(f) Lineup, Show-up, Photo Array or similar Identification proceeding.** Defendant LEWIS was identified in a lineup, show-up, photo array, or other similar identification proceeding. Evidence of the lineup, show-up, photo array, or other similar identification proceeding will be provided to the defendants in the government's first discovery production.

**(g) Rough Notes.** The government has advised the agents involved in this case to preserve all rough notes.

**(h) 404(b) Disclosure.** The government will timely advise the defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b). Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence.

You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably intertwined doctrine).

**(i) Wiretap.**  The defendants are not aggrieved persons, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. § 2516 and 18 U.S.C § 2518 and that has been unsealed in accordance with 18 U.S.C § 2518.

**(j) Grand Jury Transcripts.**  The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

**(k) Drug / Other Contraband.**  A firearm was seized in this case.

**(l) Automobile, vessel, or aircraft.**  The government does not know of any vessel or aircraft allegedly used in the commission of the offenses.

**(m) Fingerprints / Palm prints.**  At this time, there are latent prints, which have been identified by a government expert as those of defendant JOHNSON.

**(n) Stipulations.**  The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.  These stipulations will be discussed at any discovery conference.

### DEMAND FOR RECIPROCAL DISCOVERY

Pursuant to the Standing Discovery Order, the government requests that the Defense disclose and produce materials listed in Section (b) of Rule 16 in the Federal Rules of Criminal Procedure and Section (b) of Local Rule 88.10.

### CONTINUING DUTY TO DISCLOSE

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

4

## DEMAND FOR NOTICE OF ALIBI DEFENSE

In addition to the request made above by the government pursuant to the Standing Discovery Order, Local Rule 88.10(b), and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi Defense; the approximate time, date, and place of the offense was:

Date: See dates charged in each count of the indictment.

Place:      7-6-2022 – City of Delray Beach
9-26-2022 – City of Delray Beach
9-26-2022 – City of Margate
9-27-2022 - Town of Davie
9-29-2022 – Town of Lantana
9-29-2022 - City of Plantation
10-4-2022 – City of Lauderdale Lakes
10-4-2022 – City of Delray Beach
10-4-2022 – City of Pompano Beach

Time: Anytime during the dates charged in each count of the indictment

## DESCRIPTION OF GOVERNMENT'S FIRST DISCOVERY PRODUCTION & SPECIAL INSTRUCTIONS REGARDING THE GOVERNMENT'S DISCOVERY PRODUCTION

The government's first discovery production ("discovery") consists of various documents, reports, cell phone extractions from defendant LEWIS', DIGGS', and JOHNSON's cell phones, photographs, and video recordings. The discovery was  made available to defense counsel for all defendants through an invitation to the USAfx file sharing platform on **August 11, 2023**.  Each of these defendants have agreed with the government's proposed protective order and have agreed to abide by it.

The government's first discovery production is organized in two (2) groupings:  "**Group 1 – SENSITIVE INFORMAION – COVERED BY PROTECTIVE ORDER**"  consists of materials containing victim contact information and victim personal identification information (PII) and is covered under the unopposed protective order pending before this court.  "**Group 2 – Materials Not Covered by Protective Order**"  consists of redacted reports and other materials, which are not governed by the proposed protective order.

Snipped Images of the folder directories containing the government's first

discovery production on USAfx appears in Attachment A to this notice.

Please contact the undersigned Assistant United States Attorney if defense counsel has difficulty accessing and/or downloading the discovery materials listed in the above snipped images from USAfx, is missing any item described herein, or has any questions about the discovery.  If defense counsel does not contact the undersigned Assistant United States Attorney about the discovery, then the undersigned Assistant United States Attorney will reasonably assume that the discovery was successfully downloaded and reviewed.   Furthermore, the government urges defense counsel to download all the discovery at one time and to advise the government once the download is complete.

The government encourages defense counsel to contact the government in the event it believes the government has failed to provide complete discovery under the Federal Rules of Criminal Procedure and/or evidence and material, which may be favorable to the defense on the issues of guilt or punishment, including information and/or material relating to payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses.  The government welcomes all questions about discovery and desires to provide full and complete discovery as required by Federal Law.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ *Deric Zacca*
Deric Zacca
Assistant United States Attorney
Fla. Bar. No. 0151378
U.S. Attorney's Office
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 660-5789
Email: deric.zacca@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 11, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and a copy was served on counsel of record via CM/ECF.

/s/ *Deric Zacca*
Deric Zacca
Assistant United States Attorney

cc:     Counsel of Record

**ATTACHMENT A**

**Snipped Images of the USAfx Folder Directories relating to the
Government's 1st Discovery Production**

All Files > USA v. Jordan LEWIS, et al. - Govt.'s 1st Disco Production

| NAME | UPDATED ↓ | SIZE |
|---|---|---|
| GROUP 2 - Materials Not Covered by Protective Order | Today by Deric Zacca | 39 Files |
| GROUP 1 - SENSITIVE INFORMATION - COVERED BY PROTECTIVE ORDER | Today by Deric Zacca | 362 Files |

⌐ > GROUP 1 - SENSITIVE INFORMATION - COVERED BY PROTECTIVE ORDER

| NAME ↑ | UPDATED | SIZE |
|---|---|---|
| 1. July 6, 2022 – City of Delray Beach | Today by Deric Zacca | 5 Files |
| 12. NCICs | Today by Deric Zacca | 4 Files |
| 2. September 26, 2022 – City of Delray Beach | Today by Deric Zacca | 8 Files |
| 3. September 26, 2022 – City of Margate | Today by Deric Zacca | 4 Files |
| 4. September 27, 2022 - Town of Davie | Today by Deric Zacca | 11 Files |
| 5. September 29, 2022 – Town of Lantana | Today by Deric Zacca | 19 Files |
| 6. September 29, 2022 – City of Plantation | Today by Deric Zacca | 293 Files |
| 7. October 4, 2022 - City of Lauderdale Lakes | Today by Deric Zacca | 4 Files |
| 8. October 4, 2022 – City of Delray Beach | Today by Deric Zacca | 6 Files |
| 9. October 4, 2022 – City of Pompano Beach | Today by Deric Zacca | 8 Files |

8

All Files > USA v. Jordan LEWIS, et al. - Govt.'s 1st Disco Production > **GROUP 2 - Materials Not Covered by Protective Order**

| NAME | UPDATED ↓ | SIZE |
|------|-----------|------|
| 14. iscammedmalol@gmail.com - BOUIE | Today by Deric Zacca | 5 Files |
| 15. Comcast Subscriber Records | Today by Deric Zacca | 4 Files |
| 11. October 22, 2022 Firearm Photograph – LEWIS | Today by Deric Zacca | 7 Files |
| 13. Social Media Evidence of Firearms and Association – LEWIS, BOUIE, DIGGS, & JOHNSON | Today by Deric Zacca | 4 Files |
| 10. Search Warrants | Today by Deric Zacca | 9 Files |
| Redacted Reports | Today by Deric Zacca | 9 Files |
| Discovery Binder.pdf | Today by Deric Zacca | 810.5 MB |